

ACCEPTED
15-25-00030-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/10/2025 10:35 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/10/2025 10:35:04 AM
CHRISTOPHER A. PRINE
Clerk

816 Congress Avenue, Suite 1900
Austin, Texas 78701
512.322.5800
lglawfirm.com

Mr. de la Fuente's Direct Line: (512) 322-5849
Email: jdelafuente@lglawfirm.com

April 10, 2025

***Via E-file***

Mr. Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

  Re: *In re City of Denton, et al.*
    Court of Appeals No.:  15-25-00030-CV
    Trial Court Case Number: 24-1005-481

Dear Mr. Prine:

  Please allow this notice to advise the court and all counsel that I will be on vacation July 4-12, 2025 and July 25-August 3, 2025. I would ask that no litigation matters or deadlines (including, but not limited to trials, hearings, oral argument, depositions) be set during that time. Please file this letter among the papers of this matter to serve as a vacation notice.

  Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

      Sincerely,

      */s/ Jose E. de la Fuente*
      Jose E. de la Fuente

JEF/cad

cc: all counsel of record

---

Lloyd Gosselink Rochelle & Townsend, PC

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cathy Daniels on behalf of Jose de la Fuente
Bar No. 00793605
cdaniels@lglawfirm.com
Envelope ID: 99504546
Filing Code Description: Letter
Filing Description: Vacation Notice of Attorney Jose E. de la Fuente
Status as of 4/10/2025 10:39 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jose Ede la Fuente | | jdelafuente@lglawfirm.com | 4/10/2025 10:35:04 AM | SENT |
| James F.Parker | | jparker@lglawfirm.com | 4/10/2025 10:35:04 AM | SENT |
| Amy Hoffee | | amy.hoffee@cityofdenton.com | 4/10/2025 10:35:04 AM | SENT |
| Devin Alexander | | devin.alexander@cityofdenton.com | 4/10/2025 10:35:04 AM | SENT |
| Sydney Sadler | | ssadler@lglawfirm.com | 4/10/2025 10:35:04 AM | SENT |
| Gabrielle C.Smith | | gsmith@lglawfirm.com | 4/10/2025 10:35:04 AM | SENT |
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 4/10/2025 10:35:04 AM | SENT |
| Kyle Tebo | | kyle.tebo@oag.texas.gov | 4/10/2025 10:35:04 AM | SENT |
| Laurie DiPierro | | laurie.dipierro@dentoncounty.gov | 4/10/2025 10:35:04 AM | SENT |